Haven and Hartford Railroad Company, Defendant, Edward F. Lathrop and John J. Shea, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edmund W. Hathaway, Respondent, v. James P. Graham, Appellant, Smith, Scott & Company and Others, Respondents. Edmund W. Hathaway, Respondent, v. James P. Graham, Appellant, Smith, Scott & Company and Others, Respondents. Edmund W. Hathaway, Respondent, v. James P. Graham Appellant, George W. Titcomb and Others, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James K. Hill, as Executor, etc., Plaintiff, v. John W. Harway and Others, Defendants.— Motion to dismiss appeal denied, without costs. Motion to perfect the record granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ. Settle order before Jenks, P. J.

In the Matter of Lincoln G. Backus, an Attorney, on Petition of Ludlow W. Valentine.— Order settled and signed.

Esther Kaplan, an Infant, etc., Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Isidor Marcus, Appellant, v. London Realty Company, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William A. McCreery, Appellant, v. The Harral Soap Company, Respondent.— Motion for reargument granted, and case set down for Tuesday, March 7, 1911. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

McNulty Brothers, Appellant, v. Carsten Henry Offerman and Others, Respondents, Impleaded with Robert T. McMurray & Brother and Others, Appellants, and Others, Defendants.— The order refusing to strike out the findings of fact was reversed, and the motion was granted. There remained, therefore, no findings of fact to be reviewed, but, as was stated in the opinion, the judgment is to be treated as one of nonsuit, and all of the evidence, and the inferences to be drawn therefrom, are to be taken most strongly in favor of these appellants. Because we deem the proposed recital in the order unnecessary, so far as these moving parties are concerned, the motion is denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Midwood Park Company, Appellant, v. Bertha G. McLaughlin Baker and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied and stay contained in the order to show cause vacated. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Sam Moscowitz, Respondent, v. Samuel Sassulsky and David Isacowitz, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles O'Keefe, an Infant, etc., Respondent, v. Degnon Realty and Terminal Improvement Company, Appellant.— Motion to resettle order denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Mary Pomerantz, Appellant, v. Helen Hartman, Respondent, Impleaded with

Mintz Realty Company, Defendant.— Motion granted and order resettled, with-out costs.  Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.